# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
### AT TACOMA

| | |
|---|---|
| MIGUEL CASTULO-CERRO, et al., <br><br> Petitioners, <br><br> v. <br><br> LAURA HERMOSILLO, et al., <br><br> Respondents. | **JUDGMENT IN A CIVIL CASE** <br><br> Case Number 2:26-cv-00437-TMC |

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**. This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

THE COURT HAS ORDERED THAT

The Petition for writ of habeas corpus is GRANTED IN PART and DENIED IN PART

with the relief ordered at Dkt. 14.

Dated February 12, 2026.

Joshua C. Lewis
Clerk of Court

s/Michael Williams
Deputy Clerk